**Recommendation Terminating Probation/Supervised Release
Prior to Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No: 1:11CR00040 LJO |
| AMRIK SINGH ATHWAL ) | |
| ) | |

**LEGAL HISTORY:**

On May 18, 2006, the above-named was placed on Supervised Release for a period of 5 years, in reference to the offense of 21 USC 846, Conspiracy to Possess With Intent to Distribute a Controlled Substance and 21 USC 841(b)(1), Possession With Intent to Distribute a Controlled Substance. Supervision commenced on March 9, 2009. Special conditions included a requirement for: mandatory drug testing, drug aftercare, abstain from the use of drugs or alcohol, co-pay for aftercare, cooperate with the collection of DNA.

**SUMMARY OF COMPLIANCE:**

Mr. Athwal has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer the supervisee has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     Amrik Singh ATHWAL
        Docket No.:   1:11CR00040 LJO
        RECOMMENDATION TERMINATING
        PROBATION/SUPERVISED RELEASE
        <u>PRIOR TO EXPIRATION DATE</u>

**<u>RECOMMENDATION:</u>**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                            Respectfully submitted,

                            /s/ Frank Esquivel

                    **FRANK ESQUIVEL**
                    **Senior United States Probation Officer**

Dated:      April 10, 2013
            Bakersfield, California
            FE:dk


                    /s/ Thomas A. Burgess
**REVIEWED BY:**   _____
                    **THOMAS A. BURGESS**
                    **Supervising United States Probation Officer**


cc:     AUSA - Unassigned

IT IS SO ORDERED.

**Dated:** __May 1, 2013__            __/s/  Lawrence J. O'Neill__
                                    UNITED STATES DISTRICT JUDGE